**RUSSO & GOULD LLP**
By: Alan S. Russo, Esq. AIN 019491990
33 Whitehall Street, 16 Floor
New York, NY 10004
T: 212-482-0001
F: 212-482-0002
arusso@russogould.com
R&G File No.: 217.679
Attorneys for Defendant, *AmGuard Insurance Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RWC LANDSCAPE SERVICES MANAGEMENT INC. d/b/a OUTSIDE UNLIMITED LANDSCAPE CONTRACTORS<br><br>Plaintiff,<br><br>vs.<br><br>AmGUARD INSURANCE COMPANY<br><br>Defendant. | Civil Action No.: 2:24-cv-08708 -CCC-AME<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)] AND ORDER OF DISMISSAL** |

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**BURKE & POTENZA**
Attorneys for Plaintiffs, RWC Landscape
Services Management Inc. d/b/a
Outside Unlimited Landscape Contractors

By: _____
     John Burke, Esq.
Dated: 10/24/24

**RUSSO & GOULD, LLP**
Attorneys for Defendant,
AmGUARD Insurance Company

*/s/ Alan Russo*

By: _____
     Alan S. Russo, Esq.
Dated: 10/25//24

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/30/2024